Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: "Not applicable."

*/s/ Randall L. Dunn*
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Stanley E. Ash,<br><br>                    Debtor. | Case No. 16-33831-rld7 |
| Estate of Roger P. Ash,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Stanley E. Ash,<br><br>                  Defendant. | Adv. Pro. No. 17-3005-rld<br><br>STIPULATED JUDGMENT OF NONDISCHARGEABILITY |

Based upon the stipulation below, IT IS ORDERED AND ADJUDGED that the claim of Plaintiff Estate of Roger P. Ash contained in the Order for Surcharge of Stanley Ash, *In the Matter of the Estate of Roger P. Ash*, Clackamas County Case No. P11-02-044 (August 29, 2016) is not dischargeable in this bankruptcy case. This judgment shall

Page 1 of 2 - STIPULATED JUDGMENT OF NONDISCHARGEABILITY

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 17-03005-tmb    Doc 2    Filed 01/10/17

be enforceable and shall survive any conversion of this case to another Chapter under the Bankruptcy Code and/or any dismissal of the above-captioned bankruptcy case.

###

| | |
|---|---|
| **PRESENTED BY:** | **First Class Mail:** |
| /s/ Kathryn F. Gapinski | None. |
| Kathryn F. Gapinski, OSB #091636 | |
| BOUNEFF CHALLY & KOH | **Electronic Mail:** |
| 2722 NE 33rd Ave | |
| Portland OR  97212 | The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system. |
| Telephone: (503) 238-9720 | |
| Fax: (503) 239-3989 | |

   Of Attorneys for Plaintiff

**SO STIPULATED:**

/s/ Kathryn F. Gapinski
Kathryn F. Gapinski, OSB #091636
BOUNEFF CHALLY & KOH

   Of Attorneys for Plaintiff


/s/ Christopher N. Coyle
Christopher N. Coyle, OSB #073501
VANDEN BOS & CHAPMAN, LLP

   Of Attorneys for Defendant


/s/ Stanley E. Ash
Stanley E. Ash

   Defendant

Page 2 of 2 - STIPULATED JUDGMENT OF NONDISCHARGEABILITY

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 17-03005-tmb    Doc 2    Filed 01/10/17